United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tamara C. Laventure  
    Debtor

Case No. 18-10799-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: May 11, 2018 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db    +Tamara C. Laventure,   1238 Knorr Street,   Philadelphia, PA 19111-4932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
    GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
    PAUL H. YOUNG    on behalf of Debtor Tamara C. Laventure support@ymalaw.com,   ykaecf@gmail.com,
     paullawyers@gmail.com,pyoung@ymalaw.com
    REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Tamara C. Laventure : Case No. 18–10799–mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , May 11, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

21
Form 195